# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ALEXANDER CONTE HALL, | ) Case No.: 1:19-cv-00056 -DAD- JLT |
|---|---|
| Plaintiff, | ) ORDER DISCHARGING THE ORDER TO SHOW ) CAUSE DATED FEBRUARY 20, 2019 |
| v. | ) (Doc. 3) |
| ROBERT A. CROW, | ) |
| Defendant. | ) |

Previously, the Court ordered Plaintiff to show cause why the action should not be dismissed for his failure to pay the filing fee to prosecute this action. (Doc. 3) In the alternative, Plaintiff was directed to pay the filing fee or file a motion to proceed *in forma pauperis.* (*Id.* at 2) On March 7, 2019, Plaintiff paid the Court's filing fee. (Receipt #CAE100041883) Accordingly, the Order to Show Cause dated February 20, 2019 is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **March 8, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1