# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER CONTE HALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT A. CROW,<br><br>　　　　Defendant. | Case No.: 1:19-cv-00056-DAD-JLT<br><br>ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS DISMISSING THE ACTION<br><br>ORDER DIRECTING PLAINTIFF TO SERVE THE SUMMONS AND COMPLAINT AND FILE A PROOF OF SERVICE WITHIN THIRTY DAYS OF THE DATE OF SERVICE<br><br>(Doc. 11) |

　　　　Plaintiff initiated this action by filing a complaint on January 10, 2019. (Doc. 1.) After he paid the filing fee on March 7, 2019, the Court issued the summons and its order setting a mandatory scheduling conference for June 3, 2019. (Docs. 7, 8.) Despite the direction in the order setting the conference, Plaintiff failed to file a proof of service of the summons and complaint. (See Doc. 7 at 1.)

　　　　On May 22, 2019, the Court issued an order to Plaintiff to show cause why sanctions, including dismissal of the action, should not be imposed for his failure to comply with the Court's order and failure to prosecute. (Doc. 10.) In the alternative, Plaintiff was directed to file a proof of service no later than June 7, 2019. (Id.) Plaintiff failed to respond to the Court's orders and failed to take any other action to prosecute this matter. Therefore, the Court recommended the matter be dismissed without prejudice. (Doc. 11.)

1

The Court allowed Plaintiff 14 days to object to the recommendation that the action be dismissed. (Doc. 11 at 4.) The Plaintiff failed to file timely objections. However, on July 8, 2019, he filed objections attempting to explain his failure to serve the summons and complaint and to comply with the orders of the Court. (Doc. 12.) The Plaintiff explains he had limited resources and states that "his delay wasn't intentional and offer[s] profound apology to the court," and requests the court to "allow him additional time to [serve] defendant the summons and complaint." (Id. at 3.) Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations dated June 11, 2019 (Doc. 11) are **WITHDRAWN**;
2. Plaintiff is **GRANTED** thirty days from the date of service of this order to serve the summons and complaint and file a proof of service.

**The plaintiff is advised that his failure to comply with this order will result in a recommendation that the matter be dismissed.**

IT IS SO ORDERED.

Dated: __**July 11, 2019**__         __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE